CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date:  June 25, 2020

Check No. 2217927

Check Amount:  $1,084.34

### NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 17-40495-R | 00000 | BRIAN KEITH CELESTINE | 0 | XXXXX9333 | 1,084.34 | 0.00 | 1,084.34 |
| | | Original check written to: BRIAN KEITH CELESTINE 508 KNOLL PARK COURT MCKINNEY, TX 75070 | | | | | |
| | | | **TOTALS** | | **$1,084.34** | **$0.00** | **$1,084.34** |