# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re: <br><br> BRIAN KEITH CELESTINE <br><br> Debtor(s) | Case No. 17-40495-R |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carey D. Ebert, Chapter 13 Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2017.

2) The plan was confirmed on 06/23/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/08/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/11/2019.

5) The case was dismissed on 01/08/2020.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $68,181.12.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $32,050.00 |
| Less amount refunded to debtor | $1,084.34 |

**NET RECEIPTS:** $30,965.66

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,650.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,007.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,657.75

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 13.7, LLC | Unsecured | 445.00 | 445.00 | 445.00 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| CHECK CITY | Unsecured | NA | 839.51 | 839.51 | 0.00 | 0.00 |
| CITY FINANCE | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| COLLIN COUNTY TAX ASSESSOR | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLIN COUNTY TAX ASSESSOR/CO | Secured | NA | 5,205.29 | 5,205.29 | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL I | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL I | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYSTEMS INTERNATIONAL I | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CWB SERVICES LLC/TOTAL LENDING | Unsecured | 292.50 | NA | NA | 0.00 | 0.00 |
| DRIVETIME CREDIT CO | Secured | 9,647.00 | NA | NA | 0.00 | 0.00 |
| DYCK O'NEAL INC. | Secured | 28,214.34 | 64,394.17 | 64,394.17 | 0.00 | 0.00 |
| DYCK O'NEAL INC. | Secured | 35,569.49 | 33,436.80 | 33,436.80 | 12,414.64 | 7,888.72 |
| EAGLE RECOVERY ASSO. | Unsecured | 62.50 | NA | NA | 0.00 | 0.00 |
| ESA COLL | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| GREGORY FUNDING LLC | Secured | 152,900.54 | 163,516.40 | 163,516.40 | 0.00 | 0.00 |
| GREGORY FUNDING LLC | Secured | NA | 0.00 | 2,028.50 | 847.17 | 0.00 |
| GREGORY FUNDING LLC | Secured | NA | 750.00 | 750.00 | 0.00 | 0.00 |
| GREGORY FUNDING LLC | Secured | 5,154.54 | 3,595.72 | 3,595.72 | 1,641.50 | 194.45 |
| IC SYSTEMS INC | Unsecured | 613.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 14,608.02 | 14,608.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 4,328.26 | 4,328.26 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 920.00 | 920.36 | 920.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 407.00 | 407.97 | 407.97 | 0.00 | 0.00 |
| JUSTICE OF THE PEACE PR 4 PL 2 | Unsecured | 154.70 | NA | NA | 0.00 | 0.00 |
| METHODIST HOSPITAL | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 2,555.23 | 2,555.23 | 0.00 | 0.00 |
| MOBILOANS | Unsecured | 1,241.25 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 16,000.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 3,335.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NTTA | Unsecured | 771.55 | NA | NA | 0.00 | 0.00 |
| NTTA | Unsecured | 7,163.48 | NA | NA | 0.00 | 0.00 |
| OPTUMRX | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| PGAC | Unsecured | 1,654.25 | NA | NA | 0.00 | 0.00 |
| PLATEPASS | Unsecured | 44.58 | NA | NA | 0.00 | 0.00 |
| PLATEPASS | Unsecured | 7.95 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS ASSO | Unsecured | 107.81 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULTANTS ASSO | Unsecured | 49.75 | NA | NA | 0.00 | 0.00 |
| WESTRIDGE HOA | Secured | 272.50 | 724.66 | 724.66 | 321.43 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $227,910.57 | $0.00 | $0.00 |
| Mortgage Arrearage | $39,811.02 | $14,903.31 | $8,083.17 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,929.95 | $321.43 | $0.00 |
| **TOTAL SECURED:** | **$273,651.54** | **$15,224.74** | **$8,083.17** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,328.26 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,328.26** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,776.09** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,657.75 |
| Disbursements to Creditors | $23,307.91 |
| **TOTAL DISBURSEMENTS :** | **$30,965.66** |

UST Form 101-13-FR-S (09/01/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/09/2020                  By: /s/ Carey D. Ebert, Chapter 13 Trustee
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

BRIAN KEITH CELESTINE
508 KNOLL PARK COURT
MCKINNEY, TX  75070

LEINART LAW FIRM
10670 N. CENTRAL EXPRESSWAY
SUITE 320
DALLAS, TX  75231


Dated:  July 09, 2020                    /s/ Carey D. Ebert, Chapter 13 Trustee
                                         Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (09/01/2009)**